**Order entered June 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00664-CV

## IN THE INTEREST OF C.W., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-667**

## ORDER

Both the clerk's record and the reporter's record are overdue in this parental termination case. In his docketing statement, Father states he has filed an affidavit of indigency. Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS**, either (1) the clerk's record or (2) written verification that a contest to the affidavit of indigency has been filed and sustained.

We **ORDER** Pamela Sumler, Official Court Reporter for the 305th Judicial District Court, to file, within **TEN DAYS**, either (1) the reporter's record or (2) written verification that a contest to the affidavit of indigency has been filed and sustained.

Because this is a parental termination case, we remind Ms. Sumler that it is the responsibility of the Court Reporter to prepare, certify, and timely file the reporter's record. We **DIRECT** Judge Lee-Shannon to instruct Ms. Sumler to immediately commence the preparation

of the reporter's record.  Judge Lee-Shannon must arrange for a substitute reporter if necessary.

TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Cheryl Lee-Shannon
Presiding Judge of the 305th Judicial District Court

Gary FitzSimmons
Dallas County District Clerk

Pamela Sumler
Official Court Reporter, 305th Judicial District Court

/s/    CAROLYN WRIGHT
CHIEF JUSTICE